[No. 5408–0–III. Division Three. January 23, 1986.]

CLIFFORD ROHRBACH, ET AL, *Respondents,* v. WILLIAM E. BURRIL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 82–2–00001–3, William J. Grant, J., entered September 7, 1982. *Affirmed* by unpublished opin-

ion per Thompson, J., concurred in by Green, C.J., and McInturff, J.